**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Kevin A. Birdo (B-28737), | ) | |
|     Plaintiff, | ) | Case No: 12 C 9219 |
| | ) | |
| v. | ) | |
| | ) | Judge Ronald Guzmán |
| Dr. Urbanosky, et al. | ) | |
|     Defendants. | ) | |
| | ) | |

## ORDER

    Plaintiff's recent submission to the Court, which is entitled "Motion for Default Judgment" and was received on November 20, 2013, contains a piece of sharp mirror-glass. The Court can think of no reason for the intentional inclusion of such a dangerous item in a case-related filing other than as a threatening gesture to this chambers specifically and the Court in general. Such actions are unacceptable. As a sanction, the Court dismisses Plaintiff's second amended complaint with prejudice. The Clerk is directed to place a copy of Plaintiff's filing on the electronic docket and file the attached envelope, which contains the piece of glass that was with Plaintiff's filing. All pending motions are denied as moot. Civil case terminated.

Date: November 22, 2013

-------------------------------------------------
**HON. RONALD A. GUZMAN
United States District Judge**