IN THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
DEC 06 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Kevin Birdo, pro se,

    Plaintiff

v.

12 C 9219

Judge Guzman, Presiding

Dr. Leah Urbanosky, et al.,

    Defendants

## EMERGENCY MOTION FOR RECONSIDERATION

On Nov. 27 2013 Plaintiff received the ORDER of Judge Guzman dismissing with prejudice Plaintiff's 2nd Amended Complaint for a "sharp object" allegedly being found in a legal envelope I sent to the court. The court deemed the event as an "intentional threat".

In response to Judge Guzman's ORDER I respectfully state as follows:

(i) Under the penalty of perjury I deny any knowledge of any threatening objects in my pleadings. I have not placed advertently or inadvertently any object in my pleadings to threaten the court or just because. 28 USC 1746 18 USC 1621

                                                                                                       */s/ Kevin Birdo* 11/27/13

(2) The Court has terminated my case without affording me due process. I respectfully submit that the Court should have allowed me to address the event prior to terminating my case, allowed me to see the alleged "threatening object" which I now respectfully request to see and given me the name or names of the person or persons who found it to assist me in defending against this erroneous assumption that has led to my case being terminated.

(3) I have never expressed any ill will to any member of the Court. I have worked hard and been diligent in discovery and seeking relief for the injustice I suffered. I would not do something so detrimental to my case when I am less than 4 months away from winning it. I placed verifying medical evidence in the record which is extremely difficult for a pro se prisoner to do yet I did it. It makes absolutely no sense for me to deviate from a successful course onto a path of destruction. I'm too intelligent for that. I can not explain how this event occured nor will I point the finger but I ask the court to consider the following:

    (A) There was no threatening letter to support this alleged threatening object.

(B) I am not the master of my mail. It is handled by several prison staff members before being sent out and some of those staff are willing to do anything to thwart a prisoners litigation. (Dole v. Chandler 438 F.3d 804, 2006)

(C) Sealed mail can be manipulated and opened without looking like its been opened. I would like to see the envelope.

(D) I have no history of doing anything like this in any of my litigation.

I do respectfully request that this honorable Court reinstate my case and not let the defendants win this way. They crippled me for life and I can prove it. I have proven it. Right now they are rejoicing because they may not have to take responsibility for their deliberate indifference to me.

Wherefore Plaintiff prays this honorable Court would reconsider its 11/22/13 ORDER and reinstate this cause of action.

Respectfully submitted this 27th day of November, 2013.

Kevin Birch

3 of 3

## DISCLAIMER

I, Kevin Birdo, swear under the penalty of perjury 28 USC 1746 and 18 USC 1621 that I have personally searched the pleadings and legal envelope mailed to the US District Court on 11/27/13 in the presence of my cellmate Mr. Tony Serrano - M04216 and that there were no threatening objects enclosed. The pleading is an Emergency Motion For Reconsideration.

I and Mr. Serrano are witnesses that I sealed my legal mail in our presence immediately after searching it and it still contains no threatening objects.

*Kevin Birdo*

\*NOTE: In the event that the honorable Judge Guzman rescinds his 11/22/13 TERMINATION ORDER a disclaimer such as this will be placed with all future pleadings.

### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Kevin A. Birdo (B-28737), | ) | |
| Plaintiff, | ) | Case No: 12 C 9219 |
| | ) | |
| v. | ) | |
| | ) | Judge Ronald Guzmán |
| Dr. Urbanosky, et al. | ) | |
| Defendants. | ) | |
| | ) | |

### ORDER

Plaintiff's recent submission to the Court, which is entitled "Motion for Default Judgment" and was received on November 20, 2013, contains a piece of sharp mirror-glass. The Court can think of no reason for the intentional inclusion of such a dangerous item in a case-related filing other than as a threatening gesture to this chambers specifically and the Court in general. Such actions are unacceptable. As a sanction, the Court dismisses Plaintiff's second amended complaint with prejudice. The Clerk is directed to place a copy of Plaintiff's filing on the electronic docket and file the attached envelope, which contains the piece of glass that was with Plaintiff's filing. All pending motions are denied as moot. Civil case terminated.

Date: November 22, 2013

*Ronald A. Guzmán*
-----------------------------------------------
**HON. RONALD A. GUZMAN**
**United States District Judge**

IN THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Kevin Birdo
Plaintiff

v.

Dr. Leah Urbanusky, et al.,
Defendant

Case No. 12 C 9219

## PROOF/CERTIFICATE OF SERVICE

TO: US Courthouse
Prisoner Correspondent
219 S. Dearborn St
Chicago, Il 60604

Pretzel & Stouffer
Attorney Mimi Kim
1 S. Wacker Dr.
Suite 2500
Chicago Il 60606

TO: Attorney Generals Office
Attorney James Doran
100 W. Randolph St - 12th Floor
Chi, Ill 60601

Attorney Grupton
1 E. Wacker Dr.
Suite 2200
Chi, Ill 60601

PLEASE TAKE NOTICE that on November 27, 2013, I have filed with the U.S. Mail through the Pontiac Correctional Center the following documents, properly addressed to the parties above: Emergency Motion For Reconsideration.

I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that I have read the above documents, and that the information contained therein is true and correct. 28 USC 1746 and 18 USC 1621.

DATE: 11/27/13

/s/ 
NAME: Kevin Birdo
IDOC#: B25737
Pontiac Correctional Center
P.O. BOX 99
Pontiac, IL 61764

Form Revised 11/1/01