# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

April 21, 2014



CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

*By the Court:*

| | |
|---|---|
| KEVIN BIRDO,<br>        Plaintiff-Appellant,<br><br>No. 14-1157                           v.<br><br>DR. LEAH URBANOSKY, et al.,<br>        Defendants-Appellees. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 1:12-cv-09219<br>]<br>] Ronald A. Guzman,<br>]       Judge. |

The following is before the court: **MOTION TO RECALL THE MANDATE**, filed on April 21, 2014, by the pro se appellant.

A review of the district court's docket indicates that on March 19, 2014, the appellant filed a motion for leave to proceed on appeal in forma pauperis, and on March 25, 2014, the district court denied the appellant's motion. Accordingly,

**IT IS ORDERED** that the motion is **GRANTED**. This court's final order dated March 21, 2014, is **VACATED**, the mandate is **RECALLED** and this appeal is **REINSTATED**.

In the present motion, the appellant explains why he contends that the district court's denial of leave to proceed on appeal in forma pauperis was erroneous. Accordingly, the court will treat the motion as the appellant's PLRA memorandum and modify the docket accordingly.

**IT IS FURTHER ORDERED** that the appellant file a motion for leave to proceed on appeal in forma pauperis with this court by no later than May 21, 2014. The clerk shall send the appellant an asset affidavit form.