## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### ORDER

November 23, 2015

*By the Court:*

| No. 14-1157 | KEVIN BIRDO,<br>Plaintiff - Appellant<br><br>v.<br><br>DR. LEAH URBANOSKY, et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:12-cv-09219<br>Northern District of Illinois, Eastern Division<br>District Judge Ronald A. Guzman ||

The following are before the court:

1. **MOTION FOR RECOUPMENT OF COSTS**, filed on November 9, 2015, by the pro se appellant.

2. **STATE DEFENDANTS-APPELLEES' MOTION TO AMEND THE JUDGMENT AS IT RELATES TO COSTS**, filed on November 9, 2015, by counsel for the appellees.

3. **DEFENDANT-APPELLEE LEAH URBANOSKY'S MOTION TO ADOPT**, filed on November 10, 2015, by counsel for appellee Leah Urbanosky.

4. **DEFENDANT-APELLEE DR. SALEH OBAISI'S MOTION TO ADOPT**, filed on November 13, 2015, by counsel for appellee Dr. Saleh Obaisi.

5. **PLAINTIFF'S RESPONSE AND OBJECTION TO THE STATE DEFENDANTS-APPELLEES MOTION TO AMEND THE JUDGMENT AS IT RELATES TO COSTS**, filed on November 18, 2015, by the pro se appellant.

No. 14-1157 Page 2

**IT IS ORDERED** that the appellees' motions to adopt are **GRANTED**.

**IT IS ALSO ORDERED** that the appellees' motion to amend the judgment is **DENIED**.

**IT IS FURTHER ORDERED** that the appellant's motion for costs is **GRANTED** to the extent that Kevin Birdo is awarded costs in the amount of $516 (the cost of his filing fee and ten cents for each page in his briefs).

form name: **c7_Order_BTC**(form ID: **178**)