UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FILED
DEC 22 2015
12-22-15EAA
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Kevin A. Birds, Plaintiff,

vs.

12 C 9219

Honorable John J. Tharp Jr.

Dr. Leah Urbanusky, et al.,

Defendants

## MOTION FOR THE APPOINTMENT OF COUNSEL

(1) This cause of action was remanded back to the district court after Plaintiff successfully appealed false claims made against him by the Honorable Judge Ronald Guzman who terminated Plaintiff's suit at that time.

(2) This motion seeks to insure that such false claims are never made against Plaintiff again. As the appointment of counsel will insure that mail going directly to the court in this cause of action will be sent by an attorney, someone who doesn't have to worry about his/her mail being placed into the hands of rogue prison officials who want to disrupt the litigation process. An appointment of counsel cures this.

1 of 3

(3) This court should know that prior to the disruption Plaintiff had opportunity to do limited discovery. In order for Plaintiff to prove that the 70 day delay in setting Plaintiff's fracture caused harm Plaintiff must place "verifying medical evidence" in the record supporting the allegations in Plaintiff's complaint. At this time Plaintiff can do this. (See Exhibit A) This is the operation report of Defendant Urbanvsky. It notes that she encountered a mal-union and severe contracture of the musculature and collateral ligaments in Plaintiff's right pinky. Having ascertained this document I am showing the court that I am not wasting its time. I have proven my case. I now need an attorney to assist me in the remaining matters so I don't lose my case to disruption or a technicality.

(4) In Birds v. Johnson 13 C 5507 (N.D. Ill - Judge Robert Blakey) I have appointed counsel (Taft, Stettinius & Hollister). I have worked well with Attorneys Michael Froelich and Cary Durham. The case almost settled on 8/11/15. More discovery is now underway but a new settlement conference is in the works.

(5) In Birds v. Gomez 13 C 6864 (N.D. Ill - Judge Robert Blakey) I have appointed counsel (McGuire Woods). I have worked well with Attorneys Jeffrey Clark, Brett Barrett and James Schanaberger. Discovery is near its end and Summary Judgment follows.

(6) I wish to maintain my credibility before the court so there are several defendants who I wish to dismiss. An attorney will help me do this and simplify this case.

(7) I also need an attorney to help me serve remaining defendants who may or may not be dismissed. An attorney will help me do this as I don't know how.

Wherefore Plaintiff prays this honorable court would consider the points made in this brief and appoint counsel pro bono to assist Plaintiff in this meritorious cause of action.

Respectfully submitted this 16th day of December, 2015.

Kevin Birds - B20737
Lawrence R.C.
10930 Lawrence Rd
Sumner, Il 62466

Plaintiff's Exhibit A

PROVENA SAINT JOSEPH MEDICAL CENTER
333 N. Madison
Joliet, IL

## HEALTH INFORMATION MANAGEMENT

355976

NAME: BIRDO, KEVIN #B28737
HOME PHONE: (815)727-3607
PHYSICIAN: Urbanosky, Leah R M.D.
NONSTAFF:
NONSTAFF FAX #:
UNIT #: DC01778868
ACCT#: DC0027953801

DOB – AGE – SEX: 01/03/1976 – 36 – M

ADMIT DATE:

DIS DATE:
LOC/RM/BED: D01OUTS -

Leah R Urbanosky, M.D.
951 Essington Road
Joliet, IL 60435

**OPERATIVE REPORT**
REPORT # : 1014-0293

DATE OF PROCEDURE: 10/09/12

PREOPERATIVE DIAGNOSIS: Right small P1 head malunion of fracture with deformity.

POSTOPERATIVE DIAGNOSIS: Right small P1 head malunion of fracture with deformity with severe contracture of the collateral ligaments and tendons.

SURGEON: Dr. L. Urbanosky
ASSISTANT: J. Addesso, RSA

ANESTHESIA: General with administration of digital block at termination of the case.
ESTIMATED BLOOD LOSS: Minimal.
TOURNIQUET TIME: Approximately 2 hours.
COMPLICATIONS: None noted.

OPERATIVE PROCEDURE: RIGHT SMALL FINGER MALUNION TAKEDOWN WITH INTRINSIC AND COLLATERAL LIGAMENT RELEASE WITH OPEN REDUCTION, INTERNAL FIXATION AND BONE GRAFTING TO THE RIGHT SMALL FINGER, PROXIMAL PHALANGEAL HEAD.

DESCRIPTION OF PROCEDURE: After informed consent was obtained, patient was brought to the operating room and underwent general anesthesia. The right upper extremity was prepped and draped in sterile orthopedic fashion. The area of malunion and associated callus formation was assessed using fluoroscan guidance. After elevation and exsanguination, the tourniquet was raised. The finger was approached via dorsal incision centered over the PIP joint. A dorsal incision was made through skin, subcutaneous tissues and extensor mechanism, splitting the extensor mechanism and a freer elevator was used in order to gain access to the region of malunion. A combination of osteotomy and elevation of new callus formation was carried out in order to manipulate the fracture fragments. Despite direct and manual manipulation of the fragments, reduction was unable to be achieved secondary to severe contracture of combination of the intrinsic musculature as well as the collateral ligaments at the PIP joint. Collateral ligament release was required in order to manipulate the P1 head fragment into proper position for fixation. There were no residual soft tissue attachments to the P1 head in that instance. Manual rotation of the fragment and exposure of the joint was carried out for debridement. Given the small nature of the distal fragment in addition to pin fixation of the fragments to the proximal intact phalynx, cross pinning was required of the joint with finger in extension in order to maintain position of the fragment relative to axial alignment. Once this was complete, some evidence of dorsal bony loss was seen. A K wire was used in order to gain access through the cortex and allograft bone graft was packed into the

Urbanosky, Leah R M.D.
Page 1 of 2
Print time: 10/14/12 at 1647

# PROOF OF SERVICE

On 12/16/15 I mailed copies of the enclosed Motion for The Appointment Of Counsel w/ Exhibit A and a 2nd Change of Address via the US Mail at Lawrence CC with sufficient postage paid to the following parties:

Clerk of the Court
Northern District of Illinois
219 S. Dearborn St.
Chicago IL 60604

Attorney Robert Chevers
Pretzel & Stouffer
Suite 2500
1 S. Wacker Dr.
Chicago, IL 60606-4673

Attorney Generals Office
100 W. Randolph St. - 12th Floor
Chicago, IL 60601

Attorney Michael Slovis
Cunningham Meyer & Vedrine
Suite 2200
1 E. Wacker Dr.
Chicago IL 60601

/s/ [signature]

Kevin Birdo - B28737
Lawrence CC
10930 Lawrence Rd.
Sumner IL 62466